IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
      :
      Plaintiff,      :
      :
      v.      :      Criminal Action No. 07-254-M
      :
CLARENCE MITCHELL,      :
      :
      Defendant.      :

**MOTION FOR CONTINUANCE OF DETENTION HEARING**

Defendant, Clarence Mitchell, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the Detention Hearing in this case.

In support of the motion, the defense submits as follows:

1.      Mr. Mitchell appeared in front of the Court on December 27, 2007, for his initial appearance in this matter. At that time, the Court scheduled Mr. Mitchell's Detention Hearing for January 2, 2008, at 10:00 a.m.

2.      Defense counsel requires additional time to prepare for the Detention Hearing, and respectfully request that Mr. Mitchell's Detention Hearing be continued until the week of January 14, 2008.

3.      Assistant United States Attorney, Shawn Weede, the attorney handling this case for the government, does not oppose this continuance request.

4.      The defense agrees to waive, pursuant to the Speedy Trial Act, the time between January 2, 2008, and the date of the new Detention Hearing.

**WHEREFORE**, Mr. Mitchell respectfully requests that the Court continue the Detention

Hearing in this matter to anytime the week of January 14, 2008.

Respectfully Submitted,


_____/s/_____

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Clarence Mitchell



DATED:   January 2, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,    :

                          :

        Plaintiff,        :

                          :

      v.           :        Criminal Action No. 07-254-M

                          :

CLARENCE MITCHELL,      :

                          :

        Defendant.      :


## **ORDER**

In response to Mr. Mitchell's Motion for Continuance of Detention Hearing, this Court

HEREBY ORDERS on this _____day of _____, 2008, that Defendant's

Detention Hearing be continued to the _____ day of _____, 2008, at

_____ a.m/p.m.


_____
The Honorable Leonard P. Stark
United States Magistrate Judge